UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN J. VAN METER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE BOEING COMPANY,<br><br>　　　　　Defendant. | CASE NO. C12-2264 RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE OF HEARING AND SETTING NOTING DATE |

　　　This matter comes before the Court on Plaintiff Kevin Van Meter's <u>unopposed</u> "Motion for Continuance of Hearing." Dkt. ## 13, 14. Plaintiff is proceeding *pro se* and *in forma pauperis* in this action. On June 4, 2013, United States Magistrate Judge Mary A. Theiler denied Plaintiff's motion to appoint counsel, upon recommendation from the Pro Bono Screening Committee. Dkt. # 15.  Pursuant to Fed. R. Civ. P. 72(a), any objections to that Order were due fourteen days from the date the Order was filed. No objections were timely filed. Accordingly, Plaintiff shall continue to proceed *pro se* in this action unless he can secure representation. Defendant's Motion to Dismiss (Dkt. # 12) shall be re-noted for July 12, 2013 to afford Mr. Van Meter the full briefing period contemplated by the Local Civil Rules. In accordance with the time

1  limits set forth in Local Civil Rule 7(d)(3) for dispositive fourth-Friday motions, Plaintiff's
2  response shall be due Monday, July 8, 2013.
3       Plaintiff's Motion for Continuance of Hearing (Dkt. # 13) shall be GRANTED. The
4  Clerk is directed to re-note Dkt. # 12 for July 12, 2013, and to send a copy of this order to
5  Plaintiff and all counsel of record.
6       Dated this 20th day of June 2013.

                                RICARDO S. MARTINEZ
                                UNITED STATES DISTRICT JUDGE